Case 6:16-cr-00002-SKO   Document 4   Filed 08/04/16   Page 1 of 1

AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

FILED
AUG 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
Eastern District of California

UNITED STATES OF AMERICA, )
)
v. )
) Case No.   6:16CR002-SKO
RONALD DAVID SINOGUI III, )
)

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) Unless waived by the Court, the defendant must appear before:   U.S. District Court, Yosemite on September 13, 2016 at 10:00 AM before Magistrate Judge Michael J. Seng
*Place*

(5) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(6) Defendant shall stay away from the victim, Miles Radin.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 08.04.2016

*Defendant's Signature*

Date: August 4, 2016

*Judicial Officer's Signature*

Magistrate Judge Sheila K. Oberto
*Printed name and title*