HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
DAVID H. HARSHAW III, KY BAR #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-6666/Fax 916-498-6656
david_harshaw@fd.org

Attorneys for Defendant
RONALD DAVID SINOGUI, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONALD DAVID SINOGUI, III, ) <br> ) <br> Defendant. ) <br> ) | Case No. 6:16-cr-0002 <br><br> UNOPPOSED REQUEST FOR RULE 43 WAIVER STATUS FOR PLEA AND SENTENCING; ORDER THEREON <br><br> Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Ronald David Sinogui, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to waive his appearance for any change of plea proceedings and sentencing, and that he be allowed to appear via video conference. *The government has no objection to Mr. Sinogui not being personally present.* This Court has the discretion under Rule 43(b)(2) to allow Mr. Sinogui to appear by video conference for plea and sentencing.

Mr. Sinogui is charged by criminal complaint with two offenses. He is charged in Count 1 with assault in violation of of 18 U.S.C. § 113(2)(4); and in Count 2 with disorderly conduct in violation of 36 C.F.R. 2.34(2)(1). Mr. Sinogui was personally present at his arraignment on these charges on August 4, 2016 as well as a status conference on September 13, 2016.

Mr. Sinogui now lives near Bend, Oregon. As a result of these charges, Mr. Sinogui was discharged from his job in Yosemite. He now works in Deschutes National Forest. Appearing in

Yosemite would be a financial hardship given Mr. Sinogui's limited resources. The nearest Federal Courthouse is in Eugene, which is two plus hours away by car from Bend. Mr. Sinogui could appear by video from there. Yosemite, by comparison, is an eleven hour drive.

Accordingly, Mr. Sinogui respectfully requests the Court grant a waiver of his right and obligation to be personally present for any plea or sentencing.

Dated: December 27, 2016

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ DAVID HARSHAW*
        DAVID H. HARSHAW III
        Assistant Federal Defender

        Attorney for Defendant
        RONALD DAVID SINOGUI, III

I consent to the above.

Dated: _____, 2016

        _____
        RONALD DAVID SINOGUI, III
        Defendant

**ORDER**

Good Cause Appearing, the above request for Defendant's waiver of personal appearance and request to appear via video conference at any plea and sentencing hearing in Case No. 16-cr-002 SKO is granted by order of the court **on conditions that**: 1) Defendant make necessary arrangements to appear via a secure, Court-approved video conferencing system; and, 2) a fully executed written plea agreement be provided to the Court at least three days before the plea and sentencing hearing.

IT IS SO ORDERED.

Dated: December 28, 2016        /s/ *Michael J. Seng*

1   UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28