HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RONALD DAVID SINOGUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RONALD DAVID SINOGUI, <br><br> Defendant. | Case No. 6:16-cr-00002-JDP <br><br> **STIPULATION TO CONTINUE REVIEW HEARING: ORDER** |

      IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Ronald D. Sinogui, that the Court continue Mr. Sinogui's review hearing in this matter to June 20, 2018.

      Mr. Sinogui's review hearing is currently scheduled for June 5, 2018. By that date, Mr. Sinogui was required to pay off a $1000 fine, complete 36 hours of community service, and attend hour-long counseling sessions every other week for the first 12 months (for a total of 24 sessions). While Mr. Sinogui has paid off his fine and submitted proof of his community service, his counselor is out of town and unavailable. Accordingly, the parties ask the Court to continue the review hearing, so Mr. Sinogui can obtain proof from his counselor that he has completed the requisite sessions. The parties request that Mr. Sinogui's review hearing be continued to June 20, 2018.

//

//

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

Date: May 30, 2018                        /s/ *Susan St. Vincent*
                                          Susan St. Vincent
                                          Yosemite Legal Officer
                                          Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender


Date: May 30, 2018                        /s/ *Hope Alley*
                                          HOPE ALLEY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          RONALD DAVID SINOGUI


**O R D E R**

      The court accepts the above stipulation and adopts its terms as the Order of this Court. Accordingly, the June 5, 2018 hearing for David Sinogui, Case No. 6:16-cr-00002, is continued to June 20, 2018, at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   May 31, 2018                                 /s/ *Jeremy D. Peterson*
                                                UNITED STATES MAGISTRATE JUDGE