HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RONALD DAVID SINOGUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-cr-00002-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE JUNE 20, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| RONALD DAVID SINOGUI, | |
| Defendant. | |

Defendant Ronald David Sinogui hereby requests that the Court vacate the June 20, 2018 review hearing. The Government is in agreement with the request.

On January 31, 2017, the Court sentenced Mr. Sinogui to 18 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Sinogui to complete 36 hours of community service, attend counseling 1 hour every other week for 12 months, and pay a $1,000.00 fine.

Mr. Sinogui has attended 21 counseling sessions, completed 38 hours of community service, paid off his fine, and has had no new violations of law. Accordingly, the parties request that the Court vacate the June 20, 2018 review hearing.

//

//

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Date: June 12, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
RONALD DAVID SINOGUI

## **O R D E R**

In accordance with the parties' request, the court vacates the June 20, 2018 review hearing for Case No. 6:16-cr-00002.

IT IS SO ORDERED.

Dated: June 13, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE